<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1614

RAYMOND BIRR,

Plaintiff - Appellant,

versus

CHARLESTON PACKAGING COMPANY, INCORPORATED;
BYRON WILLIAMS, M.D.; DOMINO SUGAR CORPO-
RATION,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Falcon B. Hawkins, Senior District
Judge. (CA-97-2805-2-11AJ)

Submitted: January 27, 2000        Decided: February 22, 2000

Before WIDENER, MURNAGHAN, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ray P. McClain, RAY P. MCCLAIN, ATTORNEY, P.A., Charleston, South
Carolina; Harriet McB. Johnson, Charleston, South Carolina, for
Appellant. J.  Hamilton Stewart, J. Walker Coleman, IV, OGLETREE,
DEAKINS, NASH, SMOAK & STEWART, P.C., Charleston, South Carolina;
G. Mark Phillips, Mary Agnes Hood Craig, HOOD LAW FIRM, L.L.C.,
Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Birr appeals the district court's order dismissing his civil action alleging employment discrimination. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Birr v. Charleston Packaging Co., Inc., No. CA-97-2805-2-11AJ (D.S.C. Apr. 12, 1999). Also, we do not find that the district court erred in denying Birr's untimely motion to supplement the record. We dispense with oral argument and grant Appellees' motion to decide the appeal without oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED